IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES LEE CERVANTES,

                    Plaintiff,

          vs.

BUFFALO COUNTY JAIL, NEIL
MILLER, CHAD HUNT, Lt. of Buffalo
County Jail; BRADLEY BUTLER,
Sheriff/Federal Detective; LEANE
RAMSEY, County Attorney; JUDGE
RYAN CARSON, JARED MURPHY,
Deputy Public Defender; JEFF WIRTH,
Public Defender;  SARGEANT GATES,
CHARITY LITTLE, Corporal Officer;
LISA BRISTOL, Corporal Officer;
TYSON LINN, Lt. or Sgt.; JESSI
REEDER, Sargeant/General; SHAWN R.
EATHERTON, County Attorney; and
JUDGE GERALD R. JORGENSEN,

                    Defendants.

**8:20CV219**


**MEMORANDUM
AND ORDER**

          This matter is before the court on its own motion. On July 27, 2020, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the filing fee assessed by the court on June 23, 2020. To date, Plaintiff has not shown cause for his failure to pay the filing fee and has not paid the filing fee or sought an extension of time in which to do so.

          IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

DATED this 31st day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge